E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

FILED

APR - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT - U.S.

▶ JAVIER ADAME-MORENO

DISTRICT COURT NUMBER

CR08-0234 SBA

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    CHINHAYI J. COLEMAN, AUSA

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

E-filing

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2008 APR -9 PM 4:37

FILED

---

UNITED STATES OF AMERICA,

V.

# CR08-0234

## JAVIER ADAME-MORENO,

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United
States

---

A true bill.

_____ Foreman

Filed in open court this ___9___ day of

APRIL  2008

_____ Clerk

Wayne D. Brazil          Bail, $ No process.  4-9-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 APR -9 PM 4: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR08-0234** SBA |
| Plaintiff, | ) | |
| | ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found in the United States |
| v. | ) | |
| JAVIER ADAME-MORENO, | ) | OAKLAND VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

1.      Prior to January 9, 2007, the defendant, JAVIER ADAME-MORENO, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.      On or about January 9, 2007, the defendant, JAVIER ADAME-MORENO, was removed, excluded, and deported from the United States.

3.      After January 9, 2007, the defendant, JAVIER ADAME-MORENO, knowingly and voluntarily reentered and remained in the United States.

4.      On or about April 11, 2007, in the Northern District of California, the defendant, JAVIER ADAME-MORENO, an alien, was found in the United States without having obtained

INDICTMENT

1   the express consent of the Attorney General or the Secretary of the Department of Homeland

2   Security to reapply for admission into the United States, in violation of Title 8, United States

3   Code, Sections 1326(a) and (b).

4

5   DATED:  April 9, 2008                                      A TRUE BILL

6

7                                                              FOREPERSON

8

9   JOSEPH P. RUSSONIELLO
    United States Attorney

10

11  W. DOUGLAS SPRAGUE
    Chief, Oakland Branch

12
    (Approved as to form:
13                       AUSA Chinhayi J. Coleman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT