| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 9 mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Frances Stone for Ivy L. Garcia | REPORTER/FTR<br>FTR: 4/10/08 10:16:15-10:25:58 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>4/10/08 | NEW CASE ☐ | CASE NUMBER<br>CR-08-00234-SBA |

### APPEARANCES

| DEFENDANT<br>JAVIER ADAME-MORENO | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Chinhayi Coleman | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Rich Sarlatte | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>9 MINS. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS<br>4-10-08 | ☒ ADVISED OF CHARGES<br>4-10-08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
APR 1 0 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | | |
|---|---|---|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>4/15/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00AM | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161  4/10-4/15/08 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

I.C.E Detainer for Deft. J. Matthews appointed as counsel. Def waived Detention Hrg and will calendar as needed. Def requests Pretrial Criminal History Report only. Time excluded 4/10/08- 4/15/08.
CC: WDB Stats; IVY; Pretrial Svcs; LISA

DOCUMENT NUMBER:

U.S. Department of Homeland Security
San Francisco District Office
630 Sansome Street.
San Francisco, CA 94111

**RECEIVED**
APR 9 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Immigration Detainer - Notice of Action**

| | |
|---|---|
| | File No.<br>**A77 178 549**<br>**APRIL 10, 2008** |

| To: (Name and title of institution)<br>**U.S. Marshals Service**<br>**Oakland, CA.**<br>**Or any subsequent law enforcement agency**<br><br>**To Follow On All Transfers** | From: (INS office address)<br>U.S. Immigration and Customs Enforcement<br>Detention and Removals<br>630 Sansome Street<br>San Francisco, CA 94111 (415) 844-5646 |
|---|---|

Name of alien:   **ADAME-Moreno, Javier**

CII:  **A10684710**     FBI# **36632WA4**

Date of birth:  **January 26, 1974**     Nationality:  **Mexico**     Sex:  **Male**

**You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____
          (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on  _____ .
                                                                                                (Date)

☒ **Deportation or removal from the United States has been ordered.**

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling _____ _____ during business hours or _____ _____ after hours in an emergency.

☒ **Please complete and sign the bottom block of the duplicate of this form and return it to this office.**

   **Please return a signed copy via facsimile to**     **(415)   844-5591** _____
                                                               (Area code and facsimile number)

☒ **Notify the nearest DHS/ICE office of the time of release at least 30 days prior to release or as far in advance as possible.**
☒ **Notify this office in the event of the inmate's death or transfer to another institution.**
☐ Please cancel the detainer previously placed by this Service on _____ .

_____**Cesar Lopez #3153**_____     _____Deportation Officer_____
       (Signature of ICE official)                (Title of ICE official)

Date of latest conviction: _____     Latest conviction
                                                  charge: _____
Estimated release date: _____

SIGNATURE AND TITLE OF OFFICIAL: _____ Form I-247 (Rev. 4-1-97)N

****************************************RECEIPT ACKNOWLEDGED****************************************