1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CABN 194542)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, CA 94612
   Telephone: (510) 637-3924
7  Facsimile: (501) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-0234 SBA |
|---|---|
| Plaintiff, | ) STIPULATION TO SCHEDULE |
| | ) HEARING FOR CHANGE OF PLEA AND |
| v. | ) SENTENCING; [PROPOSED] ORDER |
| | ) EXCLUDING TIME |
| JAVIER ADAME-MORENO, | ) |
| Defendant. | ) |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1.  The government and defendant have reached a negotiated disposition in which defendant would plead guilty to an indictment pursuant to a binding plea agreement.

2.  Accordingly, the parties hereby submit the proposed plea agreement, submitted under separate cover for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the following:

STIPULATION AND [PROPOSED] ORDER
CR 08-0234 SBA

1   (a)     That the parties have submitted a plea agreement for the Court's consideration
pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for change of plea
and imposition of judgment and sentence be scheduled for 10:00 a.m. on July 29, 2008; and that
the time period from May 6, 2008 through July 29, 2008 is excludable under the Speedy Trial
Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration
by the Court of a proposed plea agreement entered into by the defendant and the government
pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

(b)     That the defendant waives his right to a full pre-sentence report by U.S. Probation, and the parties request that U.S. Probation prepare only a criminal history report pertaining to the defendant.

(c)     That in light of the above, the status hearing presently set for May 6, 2008, at 9:00 a.m. may be vacated.

IT IS SO STIPULATED.

DATE: April 29, 2008                         Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                                       /s/
                                             CHINHAYI J. COLEMAN
                                             Assistant United States Attorney


Dated: April 29, 2008                                  /s/
                                             JEROME MATTHEWS
                                             Attorney for Defendant


## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on July 29, 2008.  Time is excluded for purposes of the Speedy Trial

STIPULATION AND [PROPOSED] ORDER
CR 08-0234 SBA                                     2

1  Act from May 6, 2008 through the hearing date of July 29, 2008, pursuant to 18 U.S.C.
2  § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a
3  proposed plea agreement entered into by the defendant and the government pursuant to Federal
4  Rule of Criminal Procedure 11(c)(1)(C).
5      The United States Probation Office is ordered to prepare a presentence report as to
6  criminal history only pertaining to defendant.
7      The status hearing presently set for May 6, 2008, at 9:00 a.m. is hereby vacated.

9  DATED: _____  
10                                        HONORABLE SAUNDRA BROWN ARMSTRONG  
                                       UNITED STATES DISTRICT JUDGE