1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

5

6 |   1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3924

7 | Facsimile: (501) 637-3724
E-Mail: chinhayi.j.coleman@usdoj.gov

8

9 | Attorneys for the United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,    )    No. CR 08-0234 SBA
15 |     Plaintiff,    )    STIPULATION TO SCHEDULE
     )    HEARING FOR CHANGE OF PLEA AND
16 |     v.    )    SENTENCING; [PROPOSED] ORDER
     )    EXCLUDING TIME
17 | JAVIER ADAME-MORENO    )
18 |     Defendant.    )

19

20 |     Plaintiff, by and through its attorney of record, and defendant, by and through his
21 | attorney of record, hereby stipulate and ask the Court to find as follows:
22 |     1.    The government and defendant have reached a negotiated disposition in which
23 | defendant would plead guilty to an indictment pursuant to a binding plea agreement.
24 |     2.    Accordingly, the parties hereby submit the proposed plea agreement, submitted
25 | under separate cover for the Court's consideration pursuant to Federal Rule of Criminal
26 | Procedure 11(c)(1)(C). The parties further stipulate and request that the Court find and order the
27 | following:
28

STIPULATION AND [PROPOSED] ORDER
CR 08-0234 SBA

(a) That the parties have submitted a plea agreement for the Court's consideration pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and that a hearing for change of plea and imposition of judgment and sentence be scheduled for 10:00 a.m. on July 29, 2008; and that the time period from May 6, 2008 through July 29, 2008 is excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a proposed plea agreement entered into by the defendant and the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).

(b) That the defendant waives his right to a full pre-sentence report by U.S. Probation, and the parties request that U.S. Probation prepare only a criminal history report pertaining to the defendant.

(c) That in light of the above, the status hearing presently set for May 6, 2008, at 9:00 a.m. may be vacated.

IT IS SO STIPULATED.

DATE: April 29, 2008                              Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney


                                                  _____/s/_____
                                                  CHINHAYI J. COLEMAN
                                                  Assistant United States Attorney


Dated: April 29, 2008                             _____/s/_____
                                                  JEROME MATTHEWS
                                                  Attorney for Defendant


**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

A hearing for change of plea and imposition of judgment and sentence is hereby scheduled for 10:00 a.m. on July 29, 2008. Time is excluded for purposes of the Speedy Trial

STIPULATION AND [PROPOSED] ORDER
CR 08-0234 SBA                                    2

1  Act from May 6, 2008 through the hearing date of July 29, 2008, pursuant to 18 U.S.C.
2  § 3161(h)(1)(I) because that period of delay results from consideration by the Court of a
3  proposed plea agreement entered into by the defendant and the government pursuant to Federal
4  Rule of Criminal Procedure 11(c)(1)(C).
5      The United States Probation Office is ordered to prepare a presentence report as to
6  criminal history only pertaining to defendant.
7      The status hearing presently set for May 6, 2008, at 9:00 a.m. is hereby vacated.

9  DATED: 5-2-08

    *Saundra B. Armstrong*
10  HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 08-0234 SBA    3