JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3924
   Facsimile: (510) 637-3724
   E-Mail: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0234 SBA |
|    Plaintiff, ) | UNITED STATES' SENTENCING MEMORANDUM |
|    v. ) | |
| JAVIER ADAME-MORENO, ) | Hearing Date: July 29, 2008 |
|    Defendant. ) | Time: 10:00 a.m. |

## I.   **INTRODUCTION/BACKGROUND**

On April 30, 2008, the parties in this case submitted a proposed plea agreement to the Court for its consideration. In the plea agreement, the parties agreed that Defendant's Adjusted Offense level is 6, and that the U.S. Probation Office would prepare a report as to his criminal history. See Plea Agreement at ¶ 7. The parties agreed to a sentence of imprisonment at the low end of the applicable Guidelines range. See Plea Agreement at ¶ 8(a).

As detailed below, the United States agrees with the conclusion of the U.S. Probation Office that the criminal history category is V, and requests that the Court sentence Mr. Adame-Moreno to 9 months in prison.

UNITED STATES' SENTENCING MEMORANDUM

## II. GUIDELINES CALCULATIONS

On July 15, 2008, the U.S. Probation Office submitted a Modified Presentence Investigation Report, which contained a criminal history computation establishing a Criminal History Category of V. The United States agrees with the Probation Department's determination that Defendant has a Criminal History Category of V.

A Total Offense Level of 6 and a Criminal History Category of V results in a Sentencing Guidelines Range of 9 to 15 months of imprisonment. The United States recommends a sentence at the low end of Defendant's Sentencing Guidelines range.

## III. THE UNITED STATES' SENTENCING RECOMMENDATION

In agreement with the criminal history category calculated by the U.S. Probation Office, and in accordance with the agreement between the parties, the United States respectfully requests that the Court sentence the defendant to a term of nine (9) months imprisonment; three (3) years of supervised release with a condition that he not illegally reenter the United States; no fine; and the $100 mandatory special assessment.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 16, 2008                         /s/
CHINHAYI J. COLEMAN
Assistant United States Attorney

UNITED STATES' SENTENCING MEMORANDUM