BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant JAVIER ADAME MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR-08 00234 SBA |
| )                                    | |
| Plaintiff,              ) | **SENTENCING MEMORANDUM** |
| )                                    | |
| vs.                                  ) | **Sentencing Date: July 29, 2008** |
| )                                    | **Time: 10:00 a.m.** |
| JAVIER ADAME MORENO,                 ) | |
| )                                    | |
| Defendant.              ) | |
| _____)     | |

    Javier Adame Moreno will stand before the Court on July 29, 2008, prepared to enter a plea to a single count of illegal re-entry by an alien following deportation. The parties have submitted a Rule 11(c)(1)(C) plea agreement that recommends a sentence at the low end of the applicable sentencing range. Mr. Adame Moreno agrees with the government's recommendation and the probation officer's calculations, and submits this brief memorandum to request that the Court sentence him to nine months.[1]

---

[1] Because the parties are requesting the Court to impose a sentence within the applicable guidelines range, Mr. Adame Moreno does not feel it necessary to discuss the Supreme Court's recent pronouncements on the relationship between the guidelines and this Court's sentencing discretion.

SENT. MEMO.                                            1

1    Mr. Adame Moreno first appeared in federal court on April 10, 2008, and has remained in
2 custody since that time. Since the day of his initial appearance, Mr. Adame Moreno has been
3 prepared to accept the consequences of his actions. He has chosen not to contest the legality of
4 his prior deportation or otherwise interpose a defense to the present charge. There is nothing
5 egregious or unusual about Mr. Adame Moreno or this case that might merit a sentence above the
6 recommended sentence, which is within the applicable guidelines range.
7    For the reasons Stated, Javier Adame Moreno respectfully requests that the Court
8 sentence him to nine months.

10 Dated: July 28, 2008

11                                          Respectfully submitted,

12                                          BARRY J. PORTMAN
                                            Federal Public Defender
13
                                                 /S/
14
                                            JEROME E. MATTHEWS
15                                          Assistant Federal Public Defender

SENT. MEMO.                              2