**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:7/29/08

CR 08-00234SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ADAME-MORENO**                   Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**


  <u>WADE RHYNE</u>                              <u>JEROME MATTHEWS      </u>
**U.S. ATTORNEY**                         **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk: Lisa R. Clark**             <u>STARR WILSON            </u>
                                             **Court Reporter**


 <u>INEZ SWANEY   </u>                          <u>LORI TIMMONS            </u>
 **Interpreter**                              **Probation Officer**
                          **PROCEEDINGS**

<u>**REASON FOR HEARING:  CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**</u>

<u>**RESULT OF HEARING:  DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT**</u>


**JUDGMENT:    9MONTHS BOP; 3 YEARS S/R; $100.00 SPECIAL ASSESSMENT; SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**


                          **PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**